IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 AUG 21 PM 4:32

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AARON LEE FISCHER,<br><br>　　　　　　Defendant. | **S E A L E D**<br><br>4:19CR 3095<br><br>INDICTMENT<br>18 U.S.C. § 2251(a) & 2<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2422(b) |

The Grand Jury charges that

### COUNT I

On or about May 4, 2019, within the District of Nebraska, defendant AARON LEE FISCHER did employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

### COUNT II

On or about May 5, 2019, in the District of Nebraska, the defendant, AARON LEE FISCHER, did knowingly receive and distribute and attempt to receive and distribute, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce, including by computer, or has been mailed, or has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and any material that contains child pornography using any means or

facility of interstate or foreign commerce, or that had been mailed, or has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT III

On or about May 5, 2019, in the District of Nebraska, AARON LEE FISCHER, did knowingly possess and access with intent to view, at least one matter which contains an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce and was produced using materials which had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18 United States Code Section 2252A(a)(5)(B).

## COUNT IV

From on or about May 1, 2019, to on or about May 4, 2019, in the District of Nebraska, AARON LEE FISCHER did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL #16925
Assistant U.S. Attorney