

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | August 23, 2019 |
| U.S. v. AARON LEE FISHER 4:19CR3095 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Steven A. Russell, AUSA |

Be advised that the above named Defendant is now in custody. You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**