IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3095 |
| vs. | |
| AARON LEE FISCHER, | ORDER |
| Defendant. | |

To afford the undersigned magistrate judge an opportunity to hear and consider all evidence relevant to Defendant's motion to suppress, (Filing No. 22),

IT IS ORDERED:

1) Defendant's objection to reopening the evidence, (Filing No. 44), is overruled;

2) The government's motion to reopen the suppression hearing for the purpose of supplementing the evidence on the issue of inevitable discovery, (Filing No. 42), is granted;

3) The court will schedule a supplemental hearing on the pending motion to suppress.

December 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge